PROB 34  
1/92

Report and Order Terminating Probation

FILED
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

DEC 15 2004

By:_____
                        Deputy

# United States District Court
For The
Northern District of Iowa

UNITED STATES OF AMERICA      Crim. No. CR00-2014-001

v.

**Frankie Lee Fink**

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on December 12, 2004. I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_____
Michael A. Brogla
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____14th_____ day of ___December___, 2004.

_____
Linda R. Reade
U.S. District Court Judge